UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-4491 (DSD/JFD)

Mitchell Bernard Flowers,

    Plaintiff,

v.                                        **ORDER**

Frank Bisignano,
Commissioner of Social Security,

    Defendant.

Based upon the order for remand and plaintiff's unopposed petition for attorney's fees, **IT IS HEREBY ORDERED** that plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act in the amount of $5,365.36, as authorized by 28 U.S.C. § 2412(d).

Dated: August 28, 2025

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court